```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 00905
   TOMMY HILL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9975


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/02/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/30/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO MORTGAGE     CURRENT MORTG    24968.55            .00        24968.55
WELLS FARGO MORTGAGE     MORTGAGE ARRE     4386.20            .00         4386.20
TOYOTA MOTOR CREDIT      SECURED          15500.00         1547.72       15500.00
TOYOTA MOTOR CREDIT      UNSECURED         7228.01            .00         7228.01
ADVOCATE SOUTH SUBURB HO UNSECURED        NOT FILED           .00             .00
SBC                      UNSECURED          341.70            .00          341.70
CACV FLEET BANK          UNSECURED        NOT FILED           .00             .00
CUBSA INC                UNSECURED        NOT FILED           .00             .00
CBCS                     UNSECURED        NOT FILED           .00             .00
CDA PONTIAC              UNSECURED        NOT FILED           .00             .00
CACH LLC                 UNSECURED        NOT FILED           .00             .00
COLLECTION COMPANY OF AM UNSECURED        NOT FILED           .00             .00
COLLECTION EXPERTS       UNSECURED        NOT FILED           .00             .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED           .00             .00
CREDIT PROTECTION ASSOC  UNSECURED        NOT FILED           .00             .00
DEPENDON COLLECTION SERV UNSECURED        NOT FILED           .00             .00
FRANKS ADJUSTMENT BURE   UNSECURED         1106.37            .00         1106.37
FERLEGER & ASSOCIATES    UNSECURED        NOT FILED           .00             .00
FORD MOTOR CREDIT        UNSECURED         9191.32            .00         9191.32
FORD MOTOR CREDIT        UNSECURED        NOT FILED           .00             .00
FRANKS ADJUSTMENT BURE   UNSECURED        NOT FILED           .00             .00
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED           .00             .00
JOLIET ONCOLOGY          UNSECURED        NOT FILED           .00             .00
KDS INTERNATIONAL MEDICI UNSECURED        NOT FILED           .00             .00
MARYLAND NATIONAL BANK   UNSECURED        NOT FILED           .00             .00
MONOGRAM BANK N AMERICA  UNSECURED        NOT FILED           .00             .00
MUTUAL HOSPITAL          UNSECURED          776.60            .00          776.60
MUTUAL HOSPITAL SERV     UNSECURED        NOT FILED           .00             .00
MUTUAL HOSPITAL SERV     UNSECURED        NOT FILED           .00             .00
NATIONAL CITY CARD SRVC  UNSECURED        NOT FILED           .00             .00
NICOR GAS                UNSECURED         1511.23            .00         1511.23
NICOR GAS                UNSECURED        NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 00905 TOMMY HILL
```

```
NICOR GAS                  UNSECURED       NOT FILED              .00             .00
PUBLISHERS CLEARING HOUS   UNSECURED       NOT FILED              .00             .00
QUEST DIAGNOSTICS          UNSECURED       NOT FILED              .00             .00
RMI/MCSI                   UNSECURED         150.00               .00          150.00
AMERITECH OF ILLINOIS      UNSECURED       NOT FILED              .00             .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED              .00             .00
MERRICK BANK               UNSECURED         501.09               .00          501.09
LEGAL DEFENDERS PC         DEBTOR ATTY     1,767.00                          1,767.00
TOM VAUGHN                 TRUSTEE                                           4,409.58
DEBTOR REFUND              REFUND                                            3,673.72
```

Summary of Receipts and Disbursements:

```
                           RECEIPTS              DISBURSEMENTS

TRUSTEE                   77,059.09

PRIORITY                                                 .00
SECURED                                            44,854.75
    INTEREST                                        1,547.72
UNSECURED                                          20,806.32
ADMINISTRATIVE                                      1,767.00
TRUSTEE COMPENSATION                                4,409.58
DEBTOR REFUND                                       3,673.72
                         ---------------       ---------------
TOTALS                    77,059.09                77,059.09
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```